### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | 8:07CR417 |
| vs. ) | |
| ) | ORDER |
| ULINDA DENISE WILLIAMS, ) | |
| Defendant. ) | |

Defendant Ulinda Denise Williams appeared before the court on Thursday, September 6, 2012 on a Petition for Warrant for Offender Under Supervision [93]. The defendant was represented by Assistant Federal Public Defender Richard H. McWilliams and the United States was represented by Assistant U.S. Attorney Christopher L. Ferretti on behalf of John E. Higgins. The government moved for detention. Detention hearing was held on Thursday, September 6, 2012. The government's motion for detention is denied. Therefore, the defendant will be released on conditions of supervision and is not entitled to a preliminary hearing.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Bataillon.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Judge Bataillon in Courtroom No.3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **October 25, 2012 at 3:30 p.m.** Defendant must be present in person.

2. The defendant is to be released on current conditions of supervision.

DATED this 6th day of September, 2012.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge