IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiffs,<br><br>vs.<br><br>ULINDA DENISE WILLIAMS,<br><br>                Defendant. | 8:07CR417<br><br>**ORDER** |

     Defendant Ulinda Denise Williams appeared before the court on Friday, February 7, 2014 on a Petition for Warrant for Offender Under Supervision [136]. The defendant was represented by Assistant Federal Public Defender Richard H. McWilliams and the United States was represented by Assistant U.S. Attorney John E. Higgins. Defendant waived her right to a preliminary examination. The government moved for detention. Detention hearing was held on Monday, February 10, 2014. At the time of the hearing, the government did not object to the defendant's release provided she enter CH facility. The Court ordered that the defendant enter CH facility by 12:00 Noon on Friday, February 14, 2014 provided a bed is available. If a bed is not available by the aforementioned time, the defendant is ordered to reside at Williams Prepared Place. Therefore, the defendant will be released on current conditions of supervision and on modified conditions of supervision.

     I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Bataillon.

     IT IS ORDERED:

     1. The defendant shall enter CH facility by 12:00 Noon on Friday, February 14, 2014, provided a bed is available. If a bed is not available at CH facility by the aforementioned date and time, the defendant is ordered to reside at Williams Prepared Place.

     2. A final dispositional hearing will be held before Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on March 20, 2014 at 8:30 a.m. Defendant must be present in person.

2

3. The defendant is to be released on current conditions of supervision and on modified conditions of supervision.

Dated this 10th day of February, 2014.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge